LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

REPLY TO NEW JERSEY OFFICE

July 28, 2021

By ECF
Honorable District Judge Colleen McMahon
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>United States v. David Lethem</u>, Case No. 21 Cr. 454 (CM)

Dear Judge McMahon:

      I represent David Lethem for purpose of the initial appearance and arraignment in the above-referenced matter. Last week, Mr. Lethem was arrested and presented in the United States District Court, in the Middle District of Florida, where he posted a bond and a date was set for presentment and arraignment before this Court by July 29, 2021.

      At the same time, a detainer was placed on him for charges filed by the New York County District Attorney's Office. Although he was granted pretrial release by the federal court, he remained in custody until the late evening on July 26, 2021, on the state hold. I negotiated with ADA Chris Beard to vacate the state hold and permit Mr. Lethem to self-surrender and appear for arraignment in New York Supreme Court on Monday, August 2, or Wednesday, August 4, 2021.

      Accordingly, I request that Mr. Lethem be permitted to appear before this Court for presentment and arraignment on either of those dates, either before or after he appears in the state court, rather than on July 29, 2021.

                                                          Respectfully submitted,
                                                          /s/ *Stephen Turano*
                                                          Stephen Turano

cc:    Negar Tekeei, AUSA (by ECF)
        James McMahon, AUSA (by ECF)