

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2021

**VIA ECF AND EMAIL**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

  **Re: *United States v. Michael Palleschi*, 21 Cr. 454 (CM)**

Dear Judge McMahon:

  The Government respectfully writes to provide the Court with an update regarding defendant Michael Palleschi, and to request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the initial pretrial conference scheduled for September 22, 2021. The defendant is scheduled to appear in this District tomorrow, July 29, and to be presented and arraigned before United States Magistrate Judge Sarah Netburn at 11 a.m. With the consent of the defendant through his counsel, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through September 22, 2021, the date set for the initial pretrial conference in this case, to permit the review of discovery and to permit the parties to engage in discussions regarding potential pretrial resolutions of this case. The Government respectfully submits that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

      by: /s/_____
        James McMahon / Negar Tekeei
        Assistant United States Attorneys
        914-993-1936 / 212-637-2482