

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2021

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

    **Re:  *United States v. Palleschi, et al.,* 21 Cr. 454 (CM)**

Dear Judge McMahon:

    At the arraignments of the two defendants in the above matter, Magistrate Judge Lehrburger and Magistrate Judge Netburn respectively excluded time under the Speedy Trial Act through the date of the initial status conference, which was scheduled for September 22, 2021.  The initial status conference has now been adjourned until October 27, 2021.  The Government therefore moves to exclude the time between September 22 and October 27 pursuant to 18 U.S.C. § 3161(h)(7)(A).

    The Government submits that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Exclusion of the additional time will permit the defendants to review discovery and to consider what motions, if any, they intend to bring and will also permit the parties to engage in discussions regarding potential pretrial resolutions of this case.  Both defendants have consented to the exclusion of time.

    Please find attached a proposed Order.  Thank you for your consideration of this motion.

                           Respectfully submitted,

                             AUDREY STRAUSS
                             United States Attorney

                               /s
            by:  _____
                            Negar Tekeei/James McMahon
                            Assistant United States Attorneys
                            (212) 637-2482/(914) 993-1936

cc:  Brian J. Laliberte, Esq.
     Stephen Turano, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - -X
                                              :
**UNITED STATES OF AMERICA**        :
                                              :
   - v -                                 :
                                              :   **21 Cr. 454 (CM)**
**MICHAEL PALLESCHI and**        :
**DAVID LETHEM,**                     :
                                              :
               **Defendants.**  :
                                              :
- - - - - - - - - - - - - - - - - -X

       The United States of America (Negar Tekeei and James McMahon, Assistant United States Attorneys, appearing) having moved pursuant to 18 U.S.C. § 3161(h)(7)(A) for exclusion of time between September 22, 2021 and October 27, 2021; and the defendants having consented to this exclusion of time;

       THE COURT FINDS THAT the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit the defendants to continue reviewing discovery and to consider what motions, if any, they intend to bring, and will permit the parties to engage in discussions regarding potential pretrial resolutions of this case; and, accordingly,

THE COURT ORDERS THAT the time between September 22, 2021 and October 27, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:   New York, New York
        September ___, 2021

                                      _____
                                      HON. COLLEEN MCMAHON
                                      UNITED STATES DISTRICT JUDGE