UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        v.

Michael Palleschi, and
David Lethem,
            Defendants.

21 CR 454 (CM)
SCHEDULING ORDER

---

McMahon, J.:

    The Court will hold a remote telephone/video-status conference in this matter, Thursday,

January 6, 2022, at 3:00 p.m.

    The public and press may listen to the proceeding by telephone at 888-363-4749; the

access code to enter when prompted is 9054506. The recording of court proceedings is strictly

prohibited.

January 5, 2022

                               Colleen McMahon
                               District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/22