# TURANO LAW

New York Office

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

New Jersey Office

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2023

MEMO ENDORSED

10/3/23

Permission to travel as requested herein is granted

*Colleen McMahon* 

September 8, 2023

By ECF
Honorable District Judge Colleen McMahon
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    United States v. David Lethem
            21 Cr. 454 (CM-2)

Dear Judge McMahon:

    David Lethem is on pretrial release under conditions restricting his travel to his residence in Florida and the SDNY. He requests that the Court modify his conditions of pretrial release to permit him to travel with his son to West Palm Beach from October 6, 2023, through October 9, 2023, to attend his son's hockey tournament. The Government, by AUSA James McMahon, and Mr. Lethem's Pretrial Services Officer in the Middle District of Florida, by Officer Kimberly Barrett, consent to this request.

    Thank you for the Court's consideration.

                                               Respectfully submitted,

                                               /s/ *Stephen Turano*

                                               Stephen Turano, Esq.

cc: All Counsel of Record (by ECF)