```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK

 In re:                                  :
                                             Docket #1:21-cr-00454-
 UNITED STATES OF AMERICA,                : CM-3

                      Plaintiff,         :

   - against -                           :

 PALLESCHI, et al.,                      : New York, New York
                                           June 2, 2022
                      Defendants.        :

------------------------------------- : PRESENTMENT
```

```
                        PROCEEDINGS BEFORE
                 THE HONORABLE BARBARA C. MOSES,
                  UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For Plaintiff:              UNITED STATES SECURITIES AND
                            EXCHANGE COMMISSION
                            BY:  DANIEL M. LOSS, ESQ.
                            100 Pearl Street
                            New York, New York 10004

For Defendant Sirotka:      BAKER & HOSTETLER LLP
                            BY:  JONATHAN BRIAN NEW, ESQ.
                            45 Rockefeller Plaza
                            New York, New York 10111

Transcription Service: Carole Ludwig, *Transcription Services*
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

2

**INDEX**

**E X A M I N A T I O N S**

| Witness | Direct | Cross | Re-Direct | Re-Cross |
|---------|--------|-------|-----------|----------|
| None | | | | |

**E X H I B I T S**

| Exhibit Number | Description | ID | In | Voir Dire |
|----------------|-------------|----|----|-----------|
| None | | | | |

PROCEEDINGS                    3

THE CLERK:  The Court now calls United States of America vs. Anthony Sirotka, case #21-cr-454.

Beginning with counsel with the Government, counsel please make your appearance for the record.

MR. DANIEL LOSS:  Good afternoon, Daniel Loss for the Government.  I'm joined by Special Agent Claire Canty of the FBI.

HONORABLE BARBARA C. MOSES (THE COURT):  Welcome.  Be seated.

MR. JONATHAN B. NEW:  Good afternoon, your Honor.  Jonathan New of Baker Hostetler for the defendant, Anthony Sirotka.

THE COURT:  Mr. New, welcome.  Be seated.  Mr. Sirotka -- am I pronouncing your name correctly?

MR. ANTHONY SIROTKA (THE DEFENDANT):  Yes.

THE COURT:  And I think I know the answer to this, but if you could just confirm for the record, please, that you speak and understand English?

THE DEFENDANT:  Yes.

THE COURT:  May I have the date and time of the arrest, please?

MR. LOSS:  Yes, your Honor.  The arrest took place this morning at approximately six o'clock a.m.

THE COURT:  Thank you.

PROCEEDINGS                    4

Mr. Sirotka, the purpose of today's proceeding is to advise you of certain rights that you have, to inform you of the charges against you, to consider whether counsel shall be appointed for you, and to decide under what conditions, if any, you shall be released pending trial.

I'm going to begin by explaining some of your constitutional rights.  You have the right to remain silent.  You are not required to make any statements to the authorities.  Even if you have already made such statements, you do not need to make any further statements.  Any statements that you do make can be used against you.

You have the right to be released, either conditionally or unconditionally, pending trial unless I determine that there are no conditions that would reasonably assure your presence in court when required and the safety of the community.

If you are a foreign national, which I do not believe to be the case, but I am required to advise everybody of the following fact:  If you are a foreign national, you have the right to request that a consular officer from your country of origin be notified of your arrest.  In some cases, a treaty or other agreement may

PROCEEDINGS                    5

require the US Government to give that notice whether you request it or not.

You have the right to be represented by an attorney during all court proceedings, including this one, and during any questioning by the authorities.  If you cannot afford an attorney, I will appoint one to represent you.

But Mr. New, you are retained, is that correct?

MR. NEW:  Your Honor, yes.  We are retained at least for this presentment and arraignment.  We have not yet made arrangements for continuing on.

THE COURT:  All right, but there is no application for appointed counsel today, so that is not an item of business that we need attend to today.

Has the matter been referred for indictment or simply for presentment?

MR. LOSS:  Simply for presentment, your Honor.

THE COURT:  All right.  I have a copy of the sealed superseding indictment in this case, which I will very briefly summarize.  Mr. Sirotka, as I trust you already know, you are charged in Count I with conspiracy, in violation of Title 18 of the USC §371, specifically, conspiracy to commit securities fraud, to commit wire fraud, to make false filings with the

PROCEEDINGS                              6

Securities and Exchange Commission, and to improperly influence of the conduct of audits.

You are charged in Count II with securities fraud, in violation of Title 15 of the USC §78(j)(V) and 78(f)(F), as well as Title 17 of the Code of Federal Regulations, §240.10(b)(5), commonly known as Rule 10(b)(5), and Title 18 of the USC §2.

In Count III, you are charged with wire fraud, in violation of Title 18 of the USC §1343 and 2.

And in Count IV, you are charged with improperly influencing the conduct of an audit, in violation of Title 15 of the USC §78(m) and 78(f)(F), Title 17 of the Code of Federal Regulations, §240.13(b)(2-2) and Title 18 of the USC §2.

Finally, in Count V, you are charged with aggravated identity theft, in violation of Title 18 of the USC §1028(a) and 2.

Mr. New, have you had the opportunity to go over the indictment with your client, and do you waive its detailed public reading?

MR. NEW:  Yes, your Honor.  I've reviewed the indictment with my client, and we waive the public reading.

THE COURT:  Thank you very much.

PROCEEDINGS                    7

Let me take this opportunity to advise the Government, to warn the Government, in accordance with Rule 5(f) of the Federal Rules of Criminal Procedure that the prosecution must comply with its obligations under *Brady v. Maryland* and its progeny to disclose to the defense all information, whether admissible or not, that is  favorable to the defendant, material either to guilt or to punishment and known to the prosecution. Possible consequences for noncompliance may include dismissal of individual charges or the entire case, exclusion of evidence and professional discipline or court sanctions on the attorneys responsible.  I will be signing a written order more fully describing this obligation and the possible consequences of failing to meet it.  I direct the US Attorney's Office to review and comply with that order.

Mr. Loss, can you confirm that your office understands these obligations and will fulfill them?

MR. LOSS:  Yes, your Honor; we do and we will.

THE COURT:  All right.  Since we are not arraigning, there will be no exclusion of time at this point.  So let us turn to conditions of release.  Have counsel discussed that matter?

MR. LOSS:  We have, your Honor, and I believe

PROCEEDINGS                         8

the parties have a proposed set of conditions for your Honor's consideration.

THE COURT:  Let me hear them.

MR. LOSS:  Personal recognizance bond in the amount of $250,000, to be secured by two cosigners; Pretrial Services supervision as directed by Pretrial; travel restricted to the Southern District of New York, the Eastern District of New York, and with the approval of Pretrial Services, the Southern District of Florida.

THE COURT:  I understand the defendant has family in the Southern District of Florida, is that correct?

MR. LOSS:  I believe his wife lives in the Southern District of Florida, your Honor.

THE COURT:  Okay.  And you say, "with the approval of Pretrial."  Do you mean on a trip-by-trip basis?

MR. LOSS:  Your Honor, if I could have a moment to consult with defense counsel?

THE COURT:  Sure.

MR. LOSS:  Your Honor, it's not necessary for it to be on a trip-by-trip basis as long as Pretrial Services consents to in general this travel to --

THE COURT:  Why don't we just say the Southern

PROCEEDINGS                    9

District of Florida --

MR. LOSS:  That's fine, your Honor.

THE COURT:  -- and points in between for travel only?  No hanging out in North Carolina, okay?

Go ahead.

MR. LOSS:  Surrender of passport and all travel documents; no new travel applications; and no contact with his codefendants in this case.

The parties agree that the defendant could be released today on his own signature and that he would have two weeks to meet the other requirements.

THE COURT:  And two weeks from today is June 16th.

Anything to add or clarify, Mr. New?

MR. NEW:  No, your Honor.  We agree with that proposed package.

THE COURT:  All right, so let me just go over those terms with you, Mr. Sirotka.  I will accept the joint recommendation of your attorney and the US Attorney, and I will release you on the following conditions.

You will sign a bond in the amount of $250,000. That bond must be cosigned by two financially responsible persons acceptable to the United States

PROCEEDINGS                    10

Attorney's Office for the Southern District of New York.

Your travel will be restricted to the Southern and Eastern Districts of New York.  You will get a map; that's not the entire state of New York.  It is the entire city of New York, but it's not the entire state of New York.  So be careful.  And also the Southern District of Florida.  You may, of course, travel in between; but you may not linger in between.

You will surrender your passport and any other travel documents that you may possess, and you will not apply for any new passport or similar travel document while you are subject to these terms.

You will be supervised by the Pretrial Services department as they direct.  You will have no contact with your codefendants in this matter, direct or indirect, except in the presence of counsel.

And you will be released on your own signature today, with the remaining conditions, including the surrender of the passport and the cosignatures on the bond to be completed by two weeks from today, which is June 16th.

Do you understand all of those conditions?

THE DEFENDANT:  Yes.

THE COURT:  Let me warn you that if you fail to

PROCEEDINGS                    11

appear in court when due or if you violate any of the

conditions of your release, whether you consider them

important or unimportant -- the US Attorney's Office

tends to consider them all important -- the following

things will happen.  A warrant will be issued for your

arrest; you and the cosigners on the bond can be made

responsible for paying its full amount -- it does not

get prorated -- and you could be charged with a separate

crime known as bail jumping.

In addition, if you commit a new offense while

you are released under these terms, then in addition to

the sentence prescribed for that offense, you will be

sentenced to an additional term of imprisonment, which

could be up to an extra year if the new offense is a

misdemeanor, could be up to 10 years if the new offense

is a felony.  And this term of imprisonment will be

executed after and on top of any other sentence of

imprisonment for the new offense.

Do you understand what I have told you?

THE DEFENDANT:  Yes.

THE COURT:  All right.  Has the district judge

set any preliminary conference date or arraignment date?

MR. LOSS:  Yes, your Honor.  The conference and

arraignment would be June 14th at two p.m. in Judge

PROCEEDINGS                              12

McMahon's courtroom, 24A, in person.

THE COURT:  All right, June 14th at two p.m.

Anything further from the Government?

MR. LOSS:  No, your Honor.  Thank you.

THE COURT:  From the defense.

MR. NEW:  No, your Honor.  Thank you.

THE COURT:  Thank you, gentlemen.

(Whereupon, the matter is adjourned.)

13

C E R T I F I C A T E

I, Carole Ludwig, certify that the foregoing transcript of proceedings in the case of USA v. Palleschi et al, Docket # 21-cr-00454-CM-3, was prepared using digital transcription software and is a true and accurate record of the proceedings.

Signature_____*Carole Ludwig*_____

Carole Ludwig

Date:    June 5, 2024